AO 470 (8/85) Order of Temporary Detention

# United States District Court

| EASTERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

**V.**

Joseph Spatola
_Defendant_

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 09 cr 672 (NGG)

Upon motion of the _____ dft _____, it is ORDERED that a

detention hearing is set for ___ 10/13/09* at ___ 11 AM
_Date_                                      _Time_

before ___ duty magistrate ___
_Name of Judicial Officer_

**BROOKLYN, NEW YORK**
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
_Other Custodial Official_

Oct 7, 2009
_Date_

s/Marilyn D. Go

_Judicial Officer_

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.