# FASULO, SHAILEY & DIMAGGIO L.L.P.
## ATTORNEYS AT LAW

LOUIS V. FASULO *
MARGARET M. SHALLEY
CHARLES DI MAGGIO
* Admitted NJ

Of Counsel
DOUGLAS KAHAN

February 5, 2010

**VIA FACSIMILE: (718) 613-2546**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *U.S. v. Joseph Spatola* 09 Cr. 672 (NGG)

Dear Judge Garaufis:

    I am the attorney for the above referenced defendant the reason I am writing you is to request that you modify the conditions of Mr. Spatola's electronic monitoring for the following reason. Two days ago Mrs. Spatola was admitted to Wycoff Hospital in Brooklyn, New York for bleeding ulcers. Since then the hospital has found that she has swollen lymph's in her stomach and may require further testing as well as possibly surgery. At this time we are unsure when Mrs. Spatola will be discharged from the hospital.

    For this reason I respectfully request that you modify the conditions for Mr. Spatola to visit with his wife. I have sought the consent of the government and understand that they do consent to Mr. Spatola visiting his wife today, February 5, 2010 from 7:00 p.m. until 10:00 p.m. and Saturday, February 6, 2010 from 12:00 p.m. until 5:00 p.m.

Hon. Nicholas G. Garaufis
February 5, 2010
Page 2

If your Honor requires additional information please do not hesitate to contact me or my paralegal, Ms. Jennie Carmona. Your time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Louis V. Fasulo

**SO ORDERED**

HONORABLE NICHOLAS G. GARAUFIS

cc: A.U.S.A. Nicole Argentieri (by fax)