

# FASULO, SHALLEY & DiMAGGIO L.L.P.
## ATTORNEYS AT LAW

LOUIS V. FASULO *
MARGARET M. SHALLEY
CHARLES DI MAGGIO
* ADMITTED NJ

OF COUNSEL
DOUGLAS KANAN

March 17, 2010

**via facsimile (718) 613-2546**
U.S. DISTRICT COURT, EDNY
Hon. Nicholas G. Garaufis, USDJ
225 Cadman Plaza East
Brooklyn, NY 11201

        RE: US v Joseph Spatola
           Docket No.: 09 Cr 672 (NGG)

Dear Honorable Sir:

  Our office represents the defendant, Joseph Spatola, in the above-referenced matter. Mr. Spatola is currently released on home-confinement secured via electronic monitoring and several sureties. Please accept this correspondence that as a request for temporary and permanent modifications the conditions of Mr. Spatola's pre-trial release.

### Temporary Modifications

  Mr. Spatola would like to attend family gatherings, as follows:

  PALM SUNDAY (3/28/2010)
  House of sister, Epifania Alberga
  78-18 69th Ave.
  Middle Village, NY 11379

  EASTER SUNDAY (4/4/2010)
  House of mother-in-law, Maria Montana
  504 Seneca Ave.
  Ridgewood, NY 11385

225 BROADWAY • SUITE 715 • NEW YORK, NY • 10007
NY (212) 566-6212 • FAX (212) 566-8165 • NJ (908) 273-5721
• FSDLAW@AOL.COM •

Mr. Spatola's sister is scheduled to give birth at
ST. CHARLES HOSPITAL
Port Jefferson, NY
Treating physician: Sam Roman, M.D.

*And*

Visit Mr. Spatola's Grandmother, ailing of Alzheimers
PIETRA SPATOLA (4/11/2010) during the afternoon
686 Second Street
Secaucus, NJ 07094

Mr. Spatola is aware of all conditions which his pre-trial release are subject to. Aside from physical location, Mr. Spatola will abide by all other conditions during the above-requested temporary modifications.

### Permanent Modifications

Additionally, Mr. Spatola seeks the opportunity to travel to the following locations on his property: the Garage, the Basement - from both interior and exterior entrances - and the backyard.

Currently, the restrictions of Mr. Spatola's pre-trial release and technology associated with his electronic monitoring bracelet do not allow for him to leave his apartment (2nd Floor) of the multi-family home in which he lives. The other unit in the building is occupied by his mother.

Mr. Spatola seeks this modification in order to assist his wife with household chores that require going to the garage and basement, such as laundry and bringing shopping bundles up to the second floor. Mr. Spatola also seeks the opportunity to go into the backyard of his residence so that he may perform certain household renovations and repairs on the premises while his case is pending trial.

As stated above, Mr. Spatola is aware of all other conditions which his pre-trial release are subject to and will continue to dutifully follow those conditions with these physical modifications.

Thank you for your time and consideration. Should you have any questions or concerns, please feel free to contact the undersigned.

Very truly yours,

Aaron M. Goldsmith

Cc: Nicole Argentieri, AUSA
*Via facsimile (718) 254-6478*